Mary M. Kocsis, State Bar No. 157299     JS-6
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900; Facsimile (213) 624-6999
E-mail: jml@mmker.com/mmk@mmker.com

Attorneys for Defendant,
KOHL'S DEPARTMENT STORES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE GOLTZ, | Case No.: CV09-900 VBF (Ssx) |
| Plaintiff, | **ORDER RE STIPULATION RE: DISMISSAL OF ENTIRE ACTION AGAINST DEFENDANT KOHL'S DEPARTMENT STORES, INC.** |
| vs. | |
| KOHL'S DEPARTMENT STORES, a business organization, form unknown; and DOES 1 through 50, inclusive, | |
| Defendants. | |

    GOOD CAUSE HAVING BEEN SHOWN, the foregoing matter is dismissed with prejudice under FRCP 41(b) as to defendant KOHL'S DEPARTMENT STORES, INC. Each side is to bear her/its own costs and fees, including without limitation attorney's fees.

    IT IS SO ORDERED.

Dated:_12-21-09____        _____
    Valerie Baker Fairbank
    United State District Court Judge